# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145276

ROBERT KENNETH BURKOWSKI,

      Plaintiff-Appellant,

v

                                             SC:  145276
                                             CoA:  309033

ANDREW LEONE,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of June 14, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

_____
Clerk

jam